# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D18-3527

———————————————

AVA ELECTRIS CANNIE, EVA
ELECTRIS CANNIE, and EVA
HELENE CANNIE,

    Petitioners,

    v.

WILMINGTON SAVINGS FUND
SOCIETY FSB etc.,

    Respondent.

———————————————

Petition for Belated Appeal—Original Jurisdiction.

December 5, 2018

PER CURIAM.

The petition seeking belated appeal is denied. *See Powell v. Fla. Dep't of Corr.*, 727 So. 2d 1103 (Fla. 1st DCA 1999) (stating that because the proceedings below were civil in nature, the provisions of Florida Rule of Appellate Procedure 9.140(j), now rule 9.141(c), are not applicable).

LEWIS, WETHERELL, and MAKAR, JJ., concur.

———————————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————————

Ava Electris Cannie, Eva Electris Cannie, and Eva Helene Cannie, pro se, Petitioners.

David Rosenberg of Robertson, Anschutz & Schneid, P.L., Boca Raton, for Respondent.